UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X

Mr. Anthony Steele, 08-A-6153,

                                       Plaintiff,

                -against-

City of New York, Det. Evan Smelley, Individual Capacity,
A.D.A. Rupert V. Barry, Individual Capacity,

                                       Defendants.
------------------------------------------------------------------ X

**ORDER**

10-CV-1990 (KAM)(LB)

**LOIS BLOOM, United States Magistrate Judge:**

Upon the application of defendants for leave to take the deposition of Plaintiff, Anthony Steele, an inmate, and the Court having granted leave for the taking of Plaintiff's deposition pursuant to Rule 30(a)(2) of the Federal Rules of Civil Procedure:

**IT IS HEREBY ORDERED**: (1) that the Superintendent or other official in charge of Upstate Correctional Facility, located in Malone, New York, produce inmate Anthony Steele, Inmate No. 08-A-6153, within the Upstate Correctional Facility, for the taking of his deposition by defendants' attorney via video conference link with the Office of the Corporation Counsel on Tuesday, December 21, 2010, commencing at 10:00 A.M., until completion; and (2) that inmate Anthony Steele, Inmate No. 08-A-6153, appear in such place as designated by the Superintendent or other official in charge of Upstate Correctional Facility so that his deposition may be taken.

Dated: Brooklyn, New York
       10/22/10

                                    SO ORDERED

                                    /Signed by Judge Lois Bloom/
                                    LOIS BLOOM, U.S.M.J.